PROB 12A
(7/93)

Report Date: June 29, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Fernando Barajas-Miranda | Case Number: 2:01CR02035-001 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 8/4/1995 | Type of Supervision: supervised release |
| Original Offense: Alien in the United States After Deportaiton, 8 U.S.C. § 1326 | Date Supervision Commenced: July 23, 2004 |
| Original Sentence: Prison - 46 Months; TSR - 36 Months | Date Supervision Expires: July 22, 2007 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 13, 2006, the offender was arrested by Federal authorities in Portland, Oregon, for the offense of illegal reentry into the United States. The offender remains in Federal custody in the District of Oregon. |

### U.S. Probation Officer Action:

The offender completed his Federal sentence on July 23, 2004, and was deported to the country of Mexico. It was believed the offender was in Mexico and was not supervised. On June 13, 2006, the offender was arrested by Federal authorities in Portland, Oregon, for illegal entry into the United States. The offender remains there in Federal custody. The District of Oregon has agreed to take jurisdiction of this matter in the interest of justice and will deal with this alleged violation at the time the offender is sentenced on the new Federal offense.

It is respectfully requested that the Court take judicial notice of the alleged new law violation and take no action other than approve transfer of jurisdiction of this case to the District of Oregon. A prepared probation form 22 is enclosed for the Court's signature if transfer of jurisdiction is approved.

Respectfully submitted,

by

Kevin J. Crawford
U.S. Probation Officer
Date: June 29, 2006

Prob12A
**Re: Barajas-Miranda, Fernando**
**June 29, 2006**
**Page 2**

[ ]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

_____
Signature of Judicial Officer

July 10 2006
Date